**FLAKE & FLAKE – ATTORNEYS AT LAW**
JORDAN M. FLAKE, ESQ.
Nevada Bar No.: 10583
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Rd., Ste. 23B
Henderson, NV  89074
Telephone (702) 818-1800
Attorneys for Plaintiffs
jordan@flakeandflake.com
troy@flakeandflake.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LACOSTA TUCKER, an individual; and CALI TUCKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02316-CDS-MDC<br><br>**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>**(First Request)** |

Plaintiffs Lacosta Tucker and Cali Tucker ("Plaintiffs"), by and through their attorneys of record, Flake & Flake – Attorneys at Law, hereby move this Court for an order extending the deadline to amend the pleadings and add parties by fourteen (14) days, from **Thursday, February 19, 2026**, to **Thursday, March 5, 2026**. This Motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), LR 26-3, and LR IA 6-1, and is supported by the Declaration of Troy K. Flake attached hereto. Defendant's counsel has indicated that this motion is unopposed.

Pursuant to LR IA 6-1, this is the first request to extend the deadline to amend the pleadings and add parties.

I.       BACKGROUND AND STATEMENT REGARDING DISCOVERY

Pursuant to the Court's scheduling order, ECF No. 8, the deadline to amend the pleadings and add parties is Thursday, February 19, 2026. Initial disclosures were due January 5, 2026. On

January 8, 2026, Plaintiffs served Requests for Production of Documents, Requests for Admission, and Interrogatories on Defendant. On Monday, February 9, 2026, Plaintiffs' counsel granted Defendant's request for an extension of time to respond to written discovery, extending the deadline to Wednesday, February 11, 2026. Declaration of Troy Flake ¶4. On February 11, 2026, Defendant served answers to the Requests for Admission only. *Id*. at ¶5. On Friday, February 13, 2026, Plaintiffs' counsel requested a meet and confer with Defendant's counsel regarding the status of discovery. *Id*. ¶6. Plaintiffs' counsel followed up with a telephone call on Tuesday February 17, 2026, but was unable to reach Defendant's counsel.

The discovery remaining includes all other scheduled deadlines in the Scheduling Order, including written discovery and expert disclosures.

## II. ARGUMENT

A district court has authority to modify a discovery schedule. Fed. R. Civ. P. l6(b)(4); *see also* LR 26-3. A motion to extend deadlines in the court's scheduling order must be supported by a showing of "good cause" for the extension. *United States v. Tucker*, No. 2:21-cv-02049-JCM-NJK, 2022 U.S. Dist. LEXIS 186584 (D. Nev. Aug. 31, 2022); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). Good cause to extend a discovery deadline exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609.

After entry of the Scheduling Order, Plaintiffs' promptly sought discovery to determine whether amendment to add additional parties is necessary. Plaintiffs' requests for production and interrogatories seek information necessary to make this determination. Despite acting diligently to obtain this discovery, Plaintiffs have been unable to obtain it. Accordingly, good cause exists to grant the requested extension.

## III. PROPOSAL REGARDING REMAINING DISCOVERY

Plaintiffs respectfully submit that the remaining discovery deadlines in the scheduling order remain the same.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this Motion

and enter an order extending the deadline to amend the pleadings and add parties from February 19, 2026, to March 5, 2026.

I certify that Artificial Intelligence was used to prepare the foregoing document.

Dated: February 18, 2026

/s Troy K. Flake
Troy K. Flake
Flake & Flake – Attorneys at Law
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2026

- 3 -