TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
JORDAN M. FLAKE, ESQ.
Nevada Bar No.: 10583
**FLAKE & FLAKE, ATTORNEYS AT LAW**
8905 S. Pecos Rd., Ste. 23B
Henderson, NV  89074
Telephone (702) 818-1800
Attorneys for Plaintiffs
jordan@flakeandflake.com
troy@flakeandflake.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LACOSTA TUCKER, an individual; and CALI TUCKER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:25-cv-02316-CDS-MDC <br><br> **JOINT UNOPPOSED MOTION TO EXTEND DEADLINE IN SCHEDULING ORDER** <br><br> **(Third Request)** |

Plaintiffs LaCosta Tucker and Cali Tucker ("Plaintiffs"), by and through their attorneys of record, Flake & Flake, Attorneys at Law, and Defendant Nordstrom, Inc. by its attorney Meghan M. Goodwin of Thorndal Armstrong hereby jointly move this Court for an order extending the deadline for rebuttal expert disclosures in the Scheduling Order (Dkt. No. 13) by 14 days from June 8, 2026, to June 22, 2026.[1] This Motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), LR 26-3, and LR IA 6-1, and is supported by the Declaration of Troy K. Flake attached hereto.

Pursuant to LR IA 6-1, this is the third request to extend a deadline in this case.

---

[1] Where the forty-five-day calculation falls on a weekend or federal holiday, the proposed deadline has been moved to the next court day.

## I. BACKGROUND AND STATEMENT REGARDING DISCOVERY

Pursuant to the Court's Scheduling Order, Dkt. No. 13, the current operative deadlines are set forth in the table below. The parties have exchanged written discovery, have scheduled the Plaintiffs' depositions, and are in the process of scheduling other depositions. The parties also exchanged initial expert reports.

## II. PROPOSED DEADLINES

Plaintiffs respectfully propose that the scheduling order deadlines for rebuttal expert disclosures be extended by 14 days and that all other deadlines remain the same as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| **Rebuttal Expert Disclosures** | June 8, 2026 | **June 22, 2026** |
| **Discovery Cutoff** | July 6, 2026 | **No Change** |
| **Dispositive Motions** | August 3, 2026 | **No Change** |
| **Pretrial Order** | September 3, 2026 | **No Change** |

## III. ARGUMENT

A district court has authority to modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4); *see also* LR 26-3. Good cause to modify a scheduling order exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Good cause exists here. On June 2, 2026, Plaintiffs' counsel learned that Plaintiffs' premises liability expert Rod Taylor has a family medical emergency that prevents him from meeting the scheduled deadline. The requested 14-day extension is narrowly tailored to provide Mr. Taylor time to deal with the medical emergency and provide his rebuttal report. No party will be prejudiced by the requested extension.

//

//

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this Motion and enter an order granting the extension as set forth above.

**I certify that Artificial Intelligence was not used to prepare the foregoing document.**

**Dated: June 6, 2026**

_/s Troy K. Flake_
Troy K. Flake
Flake & Flake – Attorneys at Law
Attorneys for Plaintiffs

_/s Megahn Goodwin_
Meghan Goodwin
Thorndal Armstrong, PC
Attorney for Defendant

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: June 10, 2026 _____

- 3 -