**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lacosta Tucker, *et al.*,<br>Plaintiffs,<br>vs.<br>Nordstrom, Inc.,<br>Defendant. | Case No. 2:25-cv-02316-CDS-MDC<br>**ORDER SETTING HEARING REGARDING STIPULATION REGARDING DISCOVERY DISPUTE (ECF NO. 21)** |

The Court has reviewed parties' *Stipulation Regarding Discovery Dispute* (ECF No. 21) ("Discovery Dispute Stipulation"). **IT IS SO ORDERED** that counsel for parties shall appear for an in-person hearing at **9:00 am on August 20, 2026, in Courtroom 3C** regarding the Discovery Dispute Stipulation.

**DATED**: August 6, 2026.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge