TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
JORDAN M. FLAKE, ESQ.
Nevada Bar No.: 10583
**FLAKE & FLAKE, ATTORNEYS AT LAW**
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiffs
jordan@flakeandflake.com
troy@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LACOSTA TUCKER, an individual; and CALI TUCKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02316-CDS-MDC<br><br>**DECLARATION OF TROY K. FLAKE, ESQ. IN SUPPORT OF PLAINTIFFS' REQUEST FOR COURT REPORTER COSTS PURSUANT TO THE COURT'S AUGUST 20, 2026 ORDER (ECF NO. 23)** |

**DECLARATION OF TROY K. FLAKE, ESQ. IN SUPPORT OF REQUEST FOR COSTS**

I, TROY K. FLAKE, ESQ., declare as follows:

1. I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 16859, and I am a partner at Flake & Flake, Attorneys at Law, counsel of record for Plaintiffs LaCosta Tucker and Cali Tucker in this action. I make this declaration based upon my personal knowledge and upon the business records of my firm, which are kept in the ordinary course of business, and I am competent to testify to the matters set forth below.

2. I submit this declaration pursuant to the Court's Minute Order entered August 20, 2026 (ECF No. 23), which granted Plaintiffs' request for court reporter costs occasioned by the cancellation of noticed depositions and directed that a declaration with supporting documentation

be filed on or before August 28, 2026.

3. On June 6, 2026, Plaintiffs served notices of deposition upon counsel for Defendant Nordstrom, Inc. for four Nordstrom witnesses, each to be taken at the offices of Flake & Flake, Attorneys at Law, or by remote videoconference: (a) Amanda Pietsch, on June 22, 2026, at 10:00 a.m.; (b) Mike Ko, on June 22, 2026, at 12:30 p.m.; (c) Lisa Sakaio, on June 22, 2026, at 3:00 p.m.; and (d) Nordstrom's designee or designees pursuant to Federal Rule of Civil Procedure 30(b)(6), on June 23, 2026, at 10:00 a.m. True and correct copies of the four notices of deposition are attached hereto as Exhibit A.

4. Each notice stated that the deposition would be recorded by stenographic and audiovisual means. In reliance upon the noticed dates and times, my office engaged Steno Agency, Inc. to provide a certified court reporter and a videographer for each of the four proceedings. Steno Agency, Inc. assigned a separate job number to each proceeding.

5. None of the four depositions proceeded. Mr. Ko, Ms. Pietsch, and Ms. Sakaio did not appear for their depositions on June 22, 2026. The Rule 30(b)(6) deposition noticed for June 23, 2026, was cancelled less than one day before it was scheduled to occur.

6. Because the non-appearances and the cancellation occurred within Steno Agency, Inc.'s late-cancellation period, my office was charged late-cancellation fees for the court reporter and videographer reserved for each proceeding. These charges would not have been incurred had the witnesses appeared as noticed, or had Nordstrom provided notice sufficiently in advance of the noticed dates that the reporter and videographer could have been released without charge.

7. Steno Agency, Inc. issued Invoice No. 2877624, dated June 25, 2026, in connection with Job Id 2849264 for the deposition of "NORDSTROM, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6) (Jun 23, 2026)." The invoice charges $440.00 for "Legal Support Services (Reporter Late Cancellation, Videographer Late Cancellation)." A true and correct copy is attached hereto as

Exhibit B.

8. Steno Agency, Inc. issued Invoice No. 2900818, dated July 1, 2026, in connection with Job Id 2849243 for the deposition of "LISA SAKAIO (Jun 22, 2026)." The invoice charges $440.00 for "Legal Support Services (Reporter Late Cancellation, Videographer Late Cancellation)." A true and correct copy is attached hereto as Exhibit C.

9. Steno Agency, Inc. issued Invoice No. 2950195, dated July 16, 2026, in connection with Job Id 2849213 for the deposition of "AMANDA PIETSCH (Jun 22, 2026)." The invoice charges $522.00 for "Legal Support Services (Videographer Late Cancellation)." A true and correct copy is attached hereto as Exhibit D.

10. The late-cancellation charges documented by the invoices attached hereto total $1,402.00.[1]

11. Upon information and belief, the amounts charged are reasonable and customary.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2026, at Henderson, Nevada.

FLAKE & FLAKE, ATTORNEYS AT LAW

*/s/ Troy K. Flake*
TROY K. FLAKE, ESQ. (Nevada Bar No. 16859)
JORDAN M. FLAKE, ESQ. (Nevada Bar No. 10583)
8905 S. Pecos Road, Ste. 23B
Henderson, NV 89074
Attorneys for Plaintiffs

[1] In the Fourth Stipulation Regarding Discovery Dispute (ECF No. 21) Plaintiff stated the costs were $1,760.00, but the court reporting firm issued updated invoices with the amounts reflected herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of August, 2026, I served a true and correct copy of the foregoing **DECLARATION OF TROY K. FLAKE, ESQ. IN SUPPORT OF PLAINTIFFS' REQUEST COSTS** via the Court's CM/ECF electronic filing and service system, addressed as follows:

Meghan M. Goodwin, Esq.
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
mmg@thorndal.com
Attorneys for Defendant Nordstrom, Inc.

*/s/ Troy K. Flake*