# Exhibit A

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2877624

## Deposition - NORDSTROM, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6) (Jun 23, 2026)

## Bill to

ATTN: Troy Flake
FLAKE & FLAKE, ATTORNEYS AT LAW
8905 S. Pecos Road
Suite 23B
Henderson, NV 89074

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** LACOSTA TUCKER, et al. v NORDSTROM, INC., et al.

**Case number:** 2:25-cv-02316-CDS-MDC

**Job Id:** 2849264

**Invoice date:** 6/25/2026

**Terms:** DelayPay - Recourse*

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Reporter Late Cancellation, Videographer Late Cancellation) | | $440.00 | 1 | $440.00 |
| | | | **Total** | $440.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$440.00** |

*This case is set for deferred payment. Per your Services Agreement, payment is due promptly after the case is resolved.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/sfc2ojw3

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2900818

## Deposition - LISA SAKAIO (Jun 22, 2026)

## Bill to

ATTN: Troy Flake
FLAKE & FLAKE, ATTORNEYS AT LAW
8905 S. Pecos Road
Suite 23B
Henderson, NV 89074

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** LACOSTA TUCKER, et al. v NORDSTROM, INC., et al.

**Case number:** 2:25-cv-02316-CDS-MDC

**Job Id:** 2849243

**Invoice date:** 7/1/2026

**Terms:** DelayPay - Recourse*

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Reporter Late Cancellation, Videographer Late Cancellation) | | $440.00 | 1 | $440.00 |
| | | | **Total** | $440.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$440.00** |

*This case is set for deferred payment. Per your Services Agreement, payment is due promptly after the case is resolved.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9

Tax ID: 83-2309297

Pay online: https://steno.com/pay/n6gukskp

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2950195

## Deposition - AMANDA PIETSCH (Jun 22, 2026)

## Bill to

ATTN: Troy Flake
FLAKE & FLAKE, ATTORNEYS AT LAW
8905 S. Pecos Road
Suite 23B
Henderson, NV 89074

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** LACOSTA TUCKER, et al. v NORDSTROM, INC., et al.

**Case number:** 2:25-cv-02316-CDS-MDC

**Job Id:** 2849213

**Invoice date:** 7/16/2026

**Terms:** DelayPay - Recourse*

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Videographer Late Cancellation) | | $522.00 | 1 | $522.00 |
| | | | **Total** | $522.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$522.00** |

*This case is set for deferred payment. Per your Services Agreement, payment is due promptly after the case is resolved.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9

Tax ID: 83-2309297

Pay online: https://steno.com/pay/3i5baqt9

Please make checks payable to Steno.