PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
MEGHAN M. GOODWIN, ESQ.
Nevada Bar No. 11974
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
mmg@thorndal.com

Attorneys for Defendant,
NORDSTROM, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LACOSTA TUCKER, an individual; and CALI TUCKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02316<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that PHILIP GOODHART, ESQ., of the law firm of THORNDAL ARMSTRONG, PC, hereby associates with MEGHAN M. GOODWIN, ESQ., as counsel of record for Defendant, NORDSTROM, INC., in the above-entitled matter.

Please update your files to include the following on all correspondence, pleadings, discovery, etc.:

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
png@thorndal.com
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327

DATED this 6th day of October, 2026.

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
MEGHAN M. GOODWIN, ESQ.
Nevada Bar No. 11974
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant, NORDSTROM, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of October, 2026, service of the above and foregoing **Notice of Association of Counsel** was made upon each of the parties via electronic service through the Court's electronic filing and service system.

Troy K. Flake, Esq.
Jordan M. Flake, Esq.
Flake & Flake
8905 S. Pecos Road, Suite 23B
Henderson, Nevada 89074
Attorneys for Plaintiffs
troy@flakeandflake.com

*/s/ Karen Berk*

An employee of THORNDAL ARMSTRONG, PC