PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
png@thorndal.com

Attorneys for Defendant,
NORDSTROM, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LACOSTA TUCKER, an individual; and CALI TUCKER, an individual,

Plaintiffs,

vs.

NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive,

Defendants.

Case No. 2:25-cv-02316

**DEFENDANT'S NOTICE OF FILING EXHIBITS 1 AND 2 TO DEFENDANT, NORDSTROM, INC.'S EMERGENCY MOTION TO SEAL DECLARATIONS AND DOCUMENTS IN SUPPORT OF EMERGENCY MOTION TO REOPEN DISCOVERY [ECF 29] UNDER SEAL**

COMES NOW Defendant, NORDSTROM, INC., by and through its attorneys, THORNDAL ARMSTRONG, PC, and hereby gives notice that Exhibits 1 and 2 to Defendant's Emergency Motion to Seal Declarations and Documents in Support of Emergency Motion to Reopen Discovery [ECF No. 29] is hereby filed under seal.

DATED this 12th day of November, 2026.

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant, NORDSTROM, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November, 2026, service of the above and foregoing **Defendant's Notice of Filing Exhibits 1 and 2 to Defendant, Nordstrom, Inc.'s Emergency Motion to Seal Declarations and Documents in Support of Emergency Motion to Reopen Discovery [ECF 29] Under Seal** was made upon each of the parties via electronic service through the Court's electronic filing and service system.

Troy K. Flake, Esq.
Jordan M. Flake, Esq.
Flake & Flake
8905 S. Pecos Road, Suite 23B
Henderson, Nevada 89074
Attorneys for Plaintiffs
troy@flakeandflake.com

*/s/ Karen Berk*

An employee of THORNDAL ARMSTRONG, PC