THORNDAL
ARMSTRONG
ATTORNEYS

A PROFESSIONAL CORPORATION
www.thorndal.com

# EXHIBIT 3

## DECLARATION OF ANNE M. UMBERGER

EXHIBIT 3

# DECLARATION OF ANNE M. UMBERGER

I, ANNE M. UMBERGER, declare as follows:

1. I am a Senior Director and Associate General Counsel of Nordstrom, Inc. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to them.
2. Nordstrom, Inc. is a retailer that operates hundreds of stores in the United States. Holiday is the busiest and most competitive time of year for our business.
3. Each year, Nordstrom, Inc. observes a Holiday Store Quiet Period, during which the company limits communications to store teams to Holiday-related business. New initiatives, reminders, and other one-off communications are held until the period ends. The purpose is to keep our store teams focused on executing Holiday, and taking care of customers.
4. The Holiday Store Quiet Period is a recurring part of our annual business cycle, not a response to this litigation. The 2026 Holiday Store Quiet Period began on Friday, November 6, 2026, and runs through Sunday, January 3, 2027.
5. During this period, all hands are on deck. Employees across all departments are dedicated to Holiday operations and to supporting our customers and store teams.
6. Requiring Nordstrom personnel to prepare for and attend depositions during this period would impose a major burden on the company. Preparing a witness takes significant time, and attending a deposition takes that witness away from critical duties for one or more full days. The individuals likely to be deposed, play essential roles during Holiday, and their absence would disrupt operations at the most critical time of our year.
7. After January 3, 2027, the Holiday Store Quiet Period ends and Nordstrom will be able to make its witnesses available. Nordstrom is prepared to work cooperatively with counsel to schedule the depositions promptly after that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of November, 2026.

/s/ *Anne M. Umberger*

ANNE M. UMBERGER