PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
png@thorndal.com

Attorneys for Defendant,
NORDSTROM, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LACOSTA TUCKER, an individual; and CALI TUCKER, an individual,

Plaintiffs,

vs.

NORDSTROM, INC., a Foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, inclusive,

Defendants.

Case No. 2:25-cv-02316-CDS-MDC

**ORDER ON DEFENDANT, NORDSTROM, INC.'S EMERGENCY MOTION TO SEAL DECLARATIONS AND DOCUMENTS IN SUPPORT OF EMERGENCY MOTION TO REOPEN DISCOVERY**

Before the Court is Defendant Nordstrom's Emergency Motion for Leave to File Under Seal (ECF No. 29). Having considered the Motion and the record, the Court finds that the Declaration of Philip Goodhart and the November 3, 2026, Leave of Absence Letter of Beverly Barclay, Ph.D. contain the confidential medical and mental-health information of non-party Meghan M. Goodwin, Esq., including information protected under HIPAA, 45 C.F.R. Parts 160 and 164. The Court finds that Ms. Goodwin's privacy interest in that information constitutes compelling reasons, and therefore also good cause, that outweigh the public's interest in access, and that the public's interest is adequately served by the redacted public filing. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–1101 (9th Cir. 2016).

///

///

IT IS THEREFORE ORDERED that the Motion (ECF No. 29) is GRANTED, as follows:

1. Sealing. The Clerk of Court shall file and maintain UNDER SEAL the unredacted Declaration of Philip Goodhart (ECF No. 30) and the November 3, 2026, Leave of Absence Letter of Beverly Barclay, Ph.D. (ECF No. 30). The redacted Declaration of Philip Goodhart (ECF No.32-1) shall remain on the public docket.

2. Restricted Access. Access to the sealed documents is limited to the Court, its personnel, and counsel of record for the parties. Counsel shall use the information solely for purposes of this litigation, shall not disclose it to any other person except as necessary to prosecute or defend this action, and shall return or destroy all copies at the conclusion of the litigation, consistent with 45 C.F.R. § 164.512(e)(1)(v).

3. Future Filings. Any party filing a document that discloses or describes the medical, psychological, or health information of Meghan M. Goodwin, Esq. shall file the unredacted document under seal pursuant to LR IA 10-5 and this Order, without the need for a further motion to seal, and shall concurrently file a redacted version on the public docket.

IT IS SO ORDERED.

DATED: November 13, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

The court exercises its discretion under Federal Rule of Civil Procedure 1 to decide the motion without awaiting plaintiff's response. *See* Fed. R. Civ. P. 1 (instructing that the rules of procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").